UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.: 19-21141 |
| | ) | |
| LATOYA JACKSON, | ) | Chapter: 7 |
| | ) | |
| | ) | Honorable Timothy A. Barnes |
| | ) | |
| Debtor | ) | |
| Ann Decaro | ) | Adv. No.: 20-00341 |
| | ) | |
| | ) | |
| Plaintiff | ) | |
| Latoya Jackson | ) | |
| | ) | |
| Defendant | ) | |

**CONSENT JUDGMENT FINDING DEBT NONDISCHARGEABLE**

Based upon the agreement of the parties, as evidenced by their signature appearing on the attached, the Court hereby finds and determines that all amounts that the Defendant, Latoya Jackson owes to Plaintiff Ann Decaro pursuant to that certain Settlement Agreement dated January 12, 2021, are nondischargeable obligations under one or more of the provisions of 11 U.S.C. §§ 523(a)(2), (a)(4) and (a)(6), and that such amounts survive any discharge in favor of the Defendant.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: February 1, 2021

**Prepared by:**

William J. Factor (6205675)
FACTORLAW 105 W. Madison Street, Suite 1500
Chicago, IL 60602 Tel: (312) 878-6976
Email: wfactor@wfactorlaw.com

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>Latoya Jackson,<br><br>       Debtor, | Chapter 7<br><br>Case No. 19-21141<br><br>Honorable Timothy Barnes |
| Ann DeCaro,<br><br>       Plaintiff,<br>v.<br><br>Latoya Jackson,<br><br>       Defendant. | Complaint for:<br><br>Nondischargeability of Debt<br>11 U.S.C. §523(a)(2), (4) and (6)<br><br>Adv. No. 20-00341 |

**CONSENT JUDGMENT FINDING DEBT NONDISCHARGEABLE**

Based upon the agreement of the parties, as evidenced by their signauree appearing below, the Court hereby finds and determines that all amounts that the Defendant, Latoya Jackson owes to Plaintiff Ann Decaro pursuant to that certain Settlement Agreement dated January 12, 2021, are nondischargeable obligations under one or more of the provisions of 11 U.S.C. §§ 523(a)(2), (a)(4) and (a)(6), and that such amounts survive any discharge in favor of the Defendant.

_____
Timothy Barnes

By: _Ann DeCaro_                By: _[signature]_
Ann Decaro                         Latoya Jackson

{00181826}                    1